**Exhibit A to the Complaint**

**Location:** Brooklyn, NY  
**Total Works Infringed:** 107

**IP Address:** 70.107.79.9  
**ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 8D962120491072294A52B3404978E9C04BCB6D1A<br>File Hash:<br>A383470B0BC05816156475C8E296BCB6FBADE3F879BD92FF6B9E5A0BBE4D6049 | 06-15-2023<br>01:59:23 | Blacked Raw | 03-25-2023 | 04-07-2023 | PA0002405729 |
| 2 | Info Hash: 4AE9A12B8A74565B10A08DE59C6355A2A84A0AC8<br>File Hash:<br>FEC1151720D527D0F329872A3B6ECF2C1F68DF25A326D0293AE33FC1B26627BB | 06-14-2023<br>11:27:37 | Tushy | 07-17-2022 | 07-22-2022 | PA0002359476 |
| 3 | Info Hash: 7956A3114712350E70EC9DFA94F82D4AC6DFD90C<br>File Hash:<br>2AAB2EBE94960B902CBA8524DFD5AB098DC42382C9CBC25DFB4133CA1F16FDCD | 06-14-2023<br>11:27:37 | Tushy | 09-06-2020 | 09-22-2020 | PA0002265873 |
| 4 | Info Hash: 51E7F5813518D8443886B3AFA1F29A82481587CC<br>File Hash:<br>DDF4DAE7189A593533C7366692F2FAA2BBDD3E08E157B4CF4442147D23095782 | 06-14-2023<br>01:42:19 | Tushy | 02-25-2020 | 04-15-2020 | PA0002245083 |
| 5 | Info Hash: F1530FD22635488D8E6B881C92656684E8D759CC<br>File Hash:<br>82F37B05FF4B2E5B8C92483C8860EA6E358C232173F24C7F825A7087966A6DFB | 06-14-2023<br>01:36:48 | Tushy | 01-02-2022 | 01-17-2022 | PA0002330092 |
| 6 | Info Hash: 6D9870C0DAB3D7A977EE9E3E741877B026B0401A<br>File Hash:<br>09B1FC064F327301533BF4587CB7148B8EA6BEFD41AAF68FF3AFD388A7E6FD1B | 06-13-2023<br>12:38:25 | Tushy | 07-24-2022 | 08-29-2022 | PA0002367746 |
| 7 | Info Hash: 8036DE58781C021A1599766B591F9697E296DA30<br>File Hash:<br>ACEA40056D593BE71EF9DAF427681F8120DD8025898938C2C9C6F3F0EB7BD0EB | 06-13-2023<br>04:14:15 | Tushy | 07-15-2017 | 08-11-2017 | PA0002075050 |
| 8 | Info Hash: 24EA38081CBF6EF940600F65076EAA00D1818092<br>File Hash:<br>922EFFCBD6881F4DF34DE498E0939998F9F472714A9A5432B5EB0F49246F8F90 | 06-13-2023<br>04:14:10 | Tushy | 08-16-2020 | 08-18-2020 | PA0002253098 |
| 9 | Info Hash: 815221A9038E449E44DF773A5E20B0787600FE48<br>File Hash:<br>12D5DC22D527E069A7F081060B804D0E5B7858303156C691C1BDFBC107D9DC83 | 06-11-2023<br>11:26:03 | Blacked Raw | 09-13-2021 | 11-11-2021 | PA0002321292 |
| 10 | Info Hash: 53DFAD25E14FFB1D5151685A90C174CE24B1BF05<br>File Hash:<br>641BF17828C09C914D56D1B9D789B3DB2CB5798E9CB02B5AD805F0BDC001CCD7 | 06-11-2023<br>05:11:11 | Blacked Raw | 04-19-2021 | 04-27-2021 | PA0002288984 |
| 11 | Info Hash: F1CDCEE7B24975CC39DB5199D619DFFD3EAB1D44<br>File Hash:<br>8018F3C62BF5FC835586F517F498520A6468BE88BAD00CED9DDA3375AC83E078 | 06-10-2023<br>08:06:35 | Blacked Raw | 07-04-2022 | 07-22-2022 | PA0002359466 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 4762B207E12798B5BA2DDD00B902201C9FD4EA23<br>File Hash: A0077A2CCDB176BC6A42D6A5511A8948BCA5D56EE3E1A5D3707EF868FEAAC87B | 06-09-2023 08:11:53 | Blacked Raw | 02-08-2021 | 03-08-2021 | PA0002280363 |
| 13 | Info Hash: 6DAFDEBE4B41AC067C58E75569AFC2A41BCE9A79<br>File Hash: 15A6D7A1FF12C02B89B5E1BA9C4C00C8E21E9772F14034BE010092A4AC049DBB | 06-09-2023 07:55:52 | Blacked Raw | 10-29-2018 | 12-10-2018 | PA0002145837 |
| 14 | Info Hash: 95D6896F17F918BE475E91C8119AF61086FC432A<br>File Hash: EAED0212CC719E05161F9B17002F50E509D606AA30F6D9BCAE8E11908D32442F | 06-03-2023 23:32:21 | Blacked Raw | 06-03-2023 | 06-09-2023 | PA0002415371 |
| 15 | Info Hash: 9A7C978EDDC1EDC8C50DF127F82C6120C1B9C5DE<br>File Hash: E18D1B2C35D24CC3D2C84D65730F7B016AA3E2B8671306859A0AB104ED291E59 | 05-30-2023 00:30:40 | Blacked Raw | 05-29-2023 | 06-09-2023 | PA0002415372 |
| 16 | Info Hash: 76678E882E3D483C79AD31A822F412C16AAB26C6<br>File Hash: 3C0E8AB755FD58EE771EEBFB5920E6142CAB74351D9891028E9DE785339B8E03 | 05-26-2023 02:34:00 | Blacked Raw | 05-24-2023 | 06-09-2023 | PA0002415389 |
| 17 | Info Hash: 7C4368D827B7421170B64D85B400A0946E934094<br>File Hash: 1F4B7F894CDB19EA53235C6C511E79C614856EE382DC766EE81FFCCE448DC66B | 05-24-2023 22:19:04 | Blacked Raw | 08-25-2019 | 09-11-2019 | PA0002199991 |
| 18 | Info Hash: 2E7DB9DA1E12BC2963F7DC66AC300417AD983BC7<br>File Hash: 358DA725020AF45E0B0CAE9E1D26EBE160E66995B1C4815EE09665B1B4F93BEF | 05-24-2023 22:10:23 | Blacked Raw | 12-13-2019 | 01-22-2020 | PA0002234865 |
| 19 | Info Hash: 6E092D7A3453A1D45B1439231F12D419573100A7<br>File Hash: D8BF82073E2B68DD94CE8EB6D1D86B84A373A3C3A9FD4A6154CF46360F2A4686 | 05-24-2023 22:07:50 | Blacked Raw | 07-06-2020 | 07-20-2020 | PA0002248962 |
| 20 | Info Hash: 17E24B14F0D7A82581C3E61531C8DA80F962E46E<br>File Hash: D4C53B604B6D1528B5D4D64023456E5D9DC5328C5949DBB95677EC5D4D3D363D | 05-24-2023 22:05:50 | Blacked Raw | 01-25-2021 | 02-09-2021 | PA0002276145 |
| 21 | Info Hash: 4665C82DE8A7CA83557C6C9FAAC5C3FB08A40868<br>File Hash: 28206F8C2A899D1A14BD86A5AD73A826ECD1BEE8CB59FB97471588DD54FAB5BF | 05-24-2023 22:05:40 | Blacked Raw | 12-06-2021 | 12-13-2021 | PA0002325836 |
| 22 | Info Hash: B716A972D66373CA5653DE7DE8F53C119C1AB09B<br>File Hash: CA3357D91C481BDC4C766CE82B7431EAD43031A9E315B222FE28DAB681A86001 | 05-21-2023 09:23:24 | Vixen | 02-13-2020 | 03-15-2020 | PA0002240552 |
| 23 | Info Hash: 65613D2D97674DE680240229EA723605A88DDD13<br>File Hash: 4036513009E3F80756146CCC2278A5B10D4427A732689037B1275FDD8995EC8E | 05-21-2023 09:22:59 | Blacked | 08-08-2020 | 08-31-2020 | PA0002265640 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 948CB36F95F29F218C92C6B4F8E5C94E439218A3<br>File Hash: CB5307DA7731359BEFB318C26D1F04B019E111C0D0FFC406042D4408C12A8158 | 05-21-2023 03:38:46 | Vixen | 05-19-2023 | 06-09-2023 | PA0002415364 |
| 25 | Info Hash: 4C2E361C7EB1502FC517771F15232E485570AA48<br>File Hash: 9C9E9FB49B703201F014D1B01225A7F9D8B323A20F63CEC7380230E7C3D69CE7 | 05-14-2023 19:56:57 | Blacked Raw | 05-14-2023 | 06-09-2023 | PA0002415357 |
| 26 | Info Hash: 2A9685F1662867A99A1BF2F75C74D7635925A159<br>File Hash: 997739CDCA49570ACD6F62ED8DA696908D68B6C43D24AF15EE3A11422344A509 | 05-14-2023 17:12:03 | Blacked Raw | 03-01-2021 | 03-08-2021 | PA0002280355 |
| 27 | Info Hash: E2CA4D4217E8E7EDD519E8CC21101219F0611D8A<br>File Hash: DCBE041407D9045781E5318840AEAEEE2E846C4FDB72FA4FF168C59CEC30F0EA | 05-14-2023 17:02:59 | Blacked | 09-19-2020 | 09-29-2020 | PA0002258681 |
| 28 | Info Hash: D12A07257FE12064F7F7BECE5EAEBE4E3C1F243A<br>File Hash: 1C9AF7265A329E592917644F5C0B04F297958FD8B33EABF8CE838524C95A25DD | 05-11-2023 01:16:47 | Vixen | 12-25-2020 | 02-02-2021 | PA0002280511 |
| 29 | Info Hash: 57D6D4D7587F1D30FCD7A307B6BEEE8360063745<br>File Hash: 11FBF632034E66EA5BF569C56C1C58B364389DC971DA190071378080872C6205 | 05-09-2023 20:03:37 | Blacked Raw | 05-09-2023 | 05-14-2023 | PA0002411297 |
| 30 | Info Hash: 3980A4AF24D9D9C39149DE5FFD2049E2574E8F68<br>File Hash: 6539C265D26F77A3A6B181568F0521172A9CAF10874D69E6F2F846992747DCF2 | 05-09-2023 03:29:20 | Vixen | 04-17-2020 | 04-22-2020 | PA0002237694 |
| 31 | Info Hash: 1A73D8163644CA83E455669951E0582657F422E8<br>File Hash: 8BD1C16FAA5C47663ADA3CA5D2931DDD6D6FF4CFADA05F3FC545F4D565B08042 | 05-09-2023 03:18:27 | Vixen | 09-13-2021 | 10-05-2021 | PA0002315286 |
| 32 | Info Hash: A6F189AFF3929996CFF5F25DA60AA451873C0FC4<br>File Hash: 5ED45691E4613CA077BCDAD75EFDC123C707B406CF072FFEE8EC062927ABCCFE | 05-09-2023 03:12:37 | Vixen | 11-26-2021 | 01-07-2022 | PA0002337919 |
| 33 | Info Hash: E5DF37D5C860370BE63F9ADF29F983225E29522C<br>File Hash: B23E448A9D88494517CE0A2C159F8BE98332800187C6823A8F0866D1C83E5CC9 | 05-03-2023 07:05:27 | Blacked Raw | 11-16-2020 | 11-30-2020 | PA0002266360 |
| 34 | Info Hash: 0F61E6587DD239C75A26F7F17E8F3C9523DFA62D<br>File Hash: B728F190BDC937B49FBDAB40D7C1D0151BC35F58FC6B83F6464B94FAA0F79773 | 04-30-2023 04:12:37 | Blacked Raw | 04-24-2023 | 05-14-2023 | PA0002411259 |
| 35 | Info Hash: 98B3583856739205901AC1C8B78514AA249BA34E<br>File Hash: 99EA22FB08A7AA82E2ECBAF9760FE4A7B81918550A0E7638BD58B23E9B19CF59 | 04-30-2023 03:10:16 | Blacked | 05-22-2021 | 06-09-2021 | PA0002295591 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: 8BEA713FCD434D6FD898D12C710C573339D81203<br>File Hash: 9B32378A9069940CA62371EF0D3207BB33C59DBEDBAD1ECF86DD0C58E07D05D5 | 04-30-2023 02:52:20 | Blacked Raw | 12-30-2022 | 01-09-2023 | PA0002389573 |
| 37 | Info Hash: 78FFBEF8A6A7C7E4A128A0758C3D35EDEE86937F<br>File Hash: E43CF5192DA76ECF684A2531078C872EFB5CBF99DD3AD42142F30E4DBCF97A75 | 04-29-2023 21:57:00 | Blacked Raw | 04-29-2023 | 05-14-2023 | PA0002411313 |
| 38 | Info Hash: EA6DAB1E1DDFCB970BDADB6AFE343F3AA5E26C6B<br>File Hash: C4640358D223F38350D456BFB2A177262DF1B8526A20B2149B5BA8DB40F8B7A7 | 04-28-2023 07:01:39 | Blacked Raw | 05-04-2020 | 05-19-2020 | PA0002241475 |
| 39 | Info Hash: 045BE64C85ADE7806DEB94A9A9541ED70C955F39<br>File Hash: 2D93B90F44E0E2FCA669314BA08EA8E8DA574D1040C8048221CC853931217200 | 04-27-2023 12:23:26 | Blacked Raw | 10-04-2021 | 10-19-2021 | PA0002317056 |
| 40 | Info Hash: 3F04E39A26FB34DBB9B09A46738BB24AA00DB3D5<br>File Hash: 55CA6E3E1F94BD78896C8ED0EDF6DCA9432AA220BCCBFE0325BC0F3D2C9E4A05 | 04-26-2023 11:34:53 | Blacked Raw | 05-27-2018 | 07-14-2018 | PA0002130451 |
| 41 | Info Hash: 719DFEEFE44D4F5542BD2BCEAA73D7096DD3F340<br>File Hash: 5E8889E2330D6EBDCD1AE7B2C52511E773866D9662F0EF87F35F9B5D7E1676A5 | 04-26-2023 11:16:27 | Blacked | 07-29-2018 | 09-05-2018 | PA0002135679 |
| 42 | Info Hash: 9654B9DAFEAE4611AABFEEF0E0B84082030B2F96<br>File Hash: BECE3A18239A3B5CA822EC5352632E26363F1AC0A12BC0A2A85AB4944FB9FFA2 | 04-26-2023 01:32:54 | Tushy | 04-23-2023 | 05-14-2023 | PA0002411314 |
| 43 | Info Hash: 8DF43AA3EC8D1BD7C982304546B9686201E8DC3E<br>File Hash: D3FED79BE1D00C7F7127B904D46669057CE4C1C6149C21328CA27EE5048148A6 | 04-25-2023 12:00:22 | Tushy | 03-26-2023 | 04-07-2023 | PA0002405762 |
| 44 | Info Hash: 843252C34A08DF36967AC350101638400957B344<br>File Hash: EEB99E78B3AB556BD561F65B464A8F72C78FBAB27E453DDC28996B081BE5C3F6 | 04-25-2023 11:59:01 | Tushy | 06-12-2022 | 06-27-2022 | PA0002354982 |
| 45 | Info Hash: 8CED7F942421FBD5CF874727662D5A42032BB1CA<br>File Hash: C52E5DC17D6EBABEACCBF18F6B01CC240BA848A7831AA1395715BBA280FFD3D3 | 04-25-2023 11:37:22 | Slayed | 11-08-2022 | 11-24-2022 | PA0002389330 |
| 46 | Info Hash: 2D05320B68989487C8AF50B1A95167FB350F94E6<br>File Hash: 89A19AA89DEC3BBF109F9020C709E50B9AE23B2F4AC85376FE69BB1D306273C9 | 04-24-2023 11:31:59 | Blacked | 09-17-2018 | 10-16-2018 | PA0002127778 |
| 47 | Info Hash: 6902DC672B3C032B826DC579A9CD497D8DC64E25<br>File Hash: 753E8924910F86A17C85115140D693CE2FD664EA1FF132F5554CA0CBB66FC0D2 | 04-24-2023 11:31:52 | Blacked Raw | 01-10-2022 | 02-14-2022 | PA0002335456 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 48 | Info Hash: CDAC395CE8800993349925E75F02E08592BA8B26<br>File Hash: 658E948CFDC15C66CB84492342B916A97F9E9FCA815F01B356FBF5632B4B75DF | 04-24-2023 08:31:27 | Blacked Raw | 11-03-2019 | 11-27-2019 | PA0002213995 |
| 49 | Info Hash: B9E072232E0539EEBAFF9F6141443FE228C52360<br>File Hash: FE5649F2B0117B18A3184D7E3270BEC3E0F7FC2A99429C86561E918342B6DEE1 | 04-24-2023 08:30:46 | Blacked | 12-21-2017 | 01-15-2018 | PA0002070941 |
| 50 | Info Hash: 622195ABB8B53CD431F9F6A08A2BBF336C3DB775<br>File Hash: 4D10452541ECB322A2EE67ED442F7A49D24F2D9D541FBCF8F8C1DFDE9FEF4579 | 04-24-2023 08:30:27 | Blacked Raw | 05-17-2021 | 06-03-2021 | PA0002299687 |
| 51 | Info Hash: D9261D3722C161272619A45A80E6F849B0BC63B5<br>File Hash: 9272236D752743F64E074A94ECCD8E592FB3F4520DD24DD9BEFF5878C22DC176 | 04-24-2023 08:29:53 | Blacked Raw | 11-18-2018 | 12-10-2018 | PA0002146476 |
| 52 | Info Hash: 43EED9CE8E5D6617A4583D8D2CBFC70C077744CD<br>File Hash: 575ABAA65CDDDCEB4338CA4315340EB9779E202370B4B726C38F5AB8924F3233 | 04-24-2023 08:29:52 | Blacked Raw | 11-15-2022 | 12-11-2022 | PA0002384724 |
| 53 | Info Hash: 6F7FEDC828C32D0331A56BC4D128FA8C0D35CA84<br>File Hash: 8AB6544AB5A6CF659AB4251D5E067C2303DBD0E385C788FD5E496C6D5C0E3545 | 04-24-2023 08:29:52 | Blacked Raw | 01-04-2023 | 01-10-2023 | PA0002389594 |
| 54 | Info Hash: 7439F6C3D8B4655E9B53F9D31F567932DF4ED637<br>File Hash: 8B34A9E14931BBDDCD25E30FBF9B5DE23BD296788138AC9D03C05C1E62091DC4 | 04-24-2023 08:29:50 | Blacked Raw | 11-05-2022 | 12-11-2022 | PA0002384735 |
| 55 | Info Hash: 28D3A9EC7C6D3A6CA0C764EF6A4C9B3E0430CB8E<br>File Hash: 1417D1E60436334A79D2822C80AED298E3266BFDD20924CF09A99BC161454E14 | 04-24-2023 08:29:49 | Blacked Raw | 11-18-2019 | 12-09-2019 | PA0002216261 |
| 56 | Info Hash: FC737FCE7A9548867EF99172A2951C431AA74E03<br>File Hash: B5E86EEBB2CF368BE09B3B094531A43227C492A789F82F0C087CAA730C2C7F61 | 04-24-2023 08:29:46 | Blacked | 10-22-2019 | 11-05-2019 | PA0002210294 |
| 57 | Info Hash: AC8383EA12C6AE92C4E7A88F9693A44094526D7C<br>File Hash: 7A5A143A8C69EB2B6D1920689502D81CE571E19ACB335900E72DE6F26F6E492D | 04-24-2023 08:29:46 | Blacked Raw | 10-14-2019 | 11-05-2019 | PA0002210289 |
| 58 | Info Hash: C2CD33294A80E9042A3D6D2FC6C52861821EFA18<br>File Hash: D8C1F32807E495498B649867E55C81729FF4F5A3284A8C2BFD14FC74A8412322 | 04-24-2023 08:29:45 | Blacked Raw | 07-16-2018 | 09-01-2018 | PA0002119681 |
| 59 | Info Hash: 04834BBE521736079F5E89822B5C95434F4C982D<br>File Hash: 28A044A5C6A1964DADE6D7C178D5B98CD74EDC6D90DEF4DB8BE40B475CE02B20 | 04-22-2023 10:56:54 | Blacked Raw | 04-20-2020 | 05-19-2020 | PA0002241477 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 60 | Info Hash: 37421282F85B17E30318E8303DE6C569C81A9D7C<br>File Hash: BD36E73379371BF1A57C7E59A128B19A3C9593C11C67A2EB38A104F18DBFBA57 | 04-22-2023 10:56:36 | Blacked Raw | 02-01-2021 | 02-09-2021 | PA0002276143 |
| 61 | Info Hash: 87F8CF6CF74A8301642CDC1C72FBC192A790A9B2<br>File Hash: 0273A90CE1B1D78EF7D6291960FC0E916070F9FD3C547D80E33884931A1684C0 | 04-22-2023 04:32:56 | Blacked Raw | 01-12-2019 | 02-02-2019 | PA0002155388 |
| 62 | Info Hash: B2FD66E2AC3041F5BC1B47E10AB19BFE17034FE9<br>File Hash: 3907F5F1B4D7BDF3C32081D6DFECFDA0FFC5A500A4853B1F1B0294CA71241F2B | 04-22-2023 01:25:31 | Blacked Raw | 04-12-2018 | 06-18-2018 | PA0002126637 |
| 63 | Info Hash: C365EDC953D797CA01D422202C581C63038E85E6<br>File Hash: 5F6E1DB1A34359A4F2BFE52EAE2A41C32A97E315F2FC36631D0136951F9CCC28 | 04-22-2023 01:16:52 | Blacked Raw | 06-01-2020 | 06-25-2020 | PA0002255508 |
| 64 | Info Hash: B1FE877176D6B0ADC33A5EB57CCE4D0BC08E4C59<br>File Hash: 3AAD91A88727C55253F2F574838428888C68E11268A37CA7A941F7144D108050 | 04-19-2023 21:37:09 | Blacked Raw | 04-27-2019 | 07-05-2019 | PA0002206379 |
| 65 | Info Hash: FB74770301183194E022950AB806F22711E1D882<br>File Hash: F46BFB163A513B7F3E12142FBD8465F06FA30094AA36D8A3EA740283856110EB | 04-19-2023 21:34:51 | Blacked Raw | 05-02-2019 | 05-28-2019 | PA0002200769 |
| 66 | Info Hash: E49E0364E268A9E3043E517029F339255C11DB17<br>File Hash: F89F1A1C07D1A0B1E380AF4DFD89E8949DEACA935F71933FA17C3D34924AA2CB | 04-19-2023 21:33:44 | Blacked | 06-06-2020 | 06-22-2020 | PA0002245636 |
| 67 | Info Hash: F81CE28FE9EBF38DDC6BD65EF545FE9D45AB0F5C<br>File Hash: CFCA30A575EC682A41EEE611A1D5F88666A5ADE1DFE65CC761774D742A47CA7D | 04-19-2023 21:30:32 | Blacked Raw | 06-27-2022 | 07-22-2022 | PA0002359465 |
| 68 | Info Hash: 74964D3B38DB0C336AE21C64536CCC10081EBDDF<br>File Hash: 296984FF61F9590FBD6049CF61271D6BFAE9D17CD3D76DAA5B4CAFD611B822C4 | 04-19-2023 15:00:47 | Blacked Raw | 06-28-2021 | 07-08-2021 | PA0002300664 |
| 69 | Info Hash: 000CF780EE8D09A7354FE754FB92439DCC22DD01<br>File Hash: AD1EA91DF88124AFEF4D1764EAF491C2C2F38FBF1BB7D9222A8336351EC93687 | 04-19-2023 15:00:46 | Blacked Raw | 06-21-2021 | 07-08-2021 | PA0002300661 |
| 70 | Info Hash: A2285D359C1A11FC04C46A99A488747938358B65<br>File Hash: 985663042B32496D35EC0B21E21BFBA3F6AFF2FDE00ABE14235EABA40310DB82 | 04-19-2023 11:51:35 | Blacked Raw | 10-12-2020 | 10-22-2020 | PA0002261809 |
| 71 | Info Hash: C7DBB7401AB0BBD41AE23CE6443DE6A5AD4E47DA<br>File Hash: 2FDBFE4079E8F6F7897B1A65D8A7C6A97ACF1CEC928105DF9E83DAFAE121B75A | 04-19-2023 11:43:32 | Blacked Raw | 10-06-2022 | 11-01-2022 | PA0002378072 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 72 | Info Hash: 7C5664503A6507504F1DD34CF346C34C843E29E1<br>File Hash: B4C3341D97F538C2E474C49482AE121A378BAB847204DD5013AD20E9BC5CBA8A | 04-19-2023 02:50:18 | Blacked | 06-18-2022 | 06-27-2022 | PA0002355032 |
| 73 | Info Hash: CBCD2792157D511F104632A294C1F384488E7898<br>File Hash: 099497CD425F9C511FF9463C074FD98858992B7D69E2D6A6589E3771E6081A4E | 04-19-2023 02:47:40 | Blacked | 03-12-2022 | 03-29-2022 | PA0002342846 |
| 74 | Info Hash: DEE51D0DCBE476C087C2FBFC6FD3265A0630E4A8<br>File Hash: 47335489F0CF63B02ADB32671381D366A9A5EA8A8FBC105A05423CC419DCEFF6 | 04-19-2023 02:45:35 | Blacked | 04-30-2022 | 05-20-2022 | PA0002350385 |
| 75 | Info Hash: 085AB88D90A96930394C198EBBE8A7F2474D85F2<br>File Hash: 6A22370E231DC13C8BDA7BDAE644452FAFBF9075BDCA4717AA434F393D9F20D0 | 04-19-2023 02:45:33 | Blacked | 04-08-2023 | 05-15-2023 | PA0002411276 |
| 76 | Info Hash: 25911261133636DA5E9A2ED2D08B5C41D3077C29<br>File Hash: 15AEA451ADB45F4921FA0C5E6B9EDCFCA1267A16CA238F80FD4D7B0949AB8781 | 04-19-2023 02:42:37 | Blacked Raw | 04-14-2023 | 05-14-2023 | PA0002411257 |
| 77 | Info Hash: AE7859A84B38AA3012FC54F8083DC7BB98EEA9CB<br>File Hash: A8144653928B76356ECFE207ACB692A2DF407F16908E1A7C3BDC87A3E8829DE5 | 04-19-2023 02:41:21 | Blacked | 07-09-2022 | 07-22-2022 | PA0002359462 |
| 78 | Info Hash: CF344B3042DCAD24E21B955C9206EB79216612B1<br>File Hash: 3A0EEF200C8434AE7CFEF3AFD8948F4098A564D26947A116BB874717C5F636F9 | 04-19-2023 02:41:13 | Blacked Raw | 10-01-2022 | 10-31-2022 | PA0002377811 |
| 79 | Info Hash: 30DB12CBED97C504152F7431DD95C5926C267BC0<br>File Hash: 31A04114788169DEBA7233288589DAAFEA621A0A3BE5AC6FA59B850C25671166 | 04-19-2023 02:39:17 | Blacked Raw | 03-30-2023 | 04-07-2023 | PA0002405733 |
| 80 | Info Hash: B232F6C7054DB73F98230AB71EB6F8400C033F12<br>File Hash: 0AD2FAA4067988D387E1CBB4B6D83B23EDA576C75318C127D1912B3CD66A2CBE | 04-19-2023 02:38:13 | Blacked Raw | 03-20-2023 | 04-07-2023 | PA0002405757 |
| 81 | Info Hash: 216F45A59927B41DC23BEAF802AF3AC7E990BFF6<br>File Hash: 0225B45018AC75C00DD17C4293E6D0E5FC7E2566523D7538FFBAD0EFE1E4CC62 | 04-19-2023 02:35:46 | Blacked | 08-06-2022 | 08-29-2022 | PA0002367714 |
| 82 | Info Hash: 47C5663531EF1CD2F3572E655B9FBBB1800F5C3F<br>File Hash: 08D137A06C6A8DB563760478B4F5B1AFCBD6CFD3A4AAA33050BAF9FA36B0276C | 04-19-2023 02:35:03 | Blacked Raw | 02-13-2023 | 03-06-2023 | PA0002399991 |
| 83 | Info Hash: 2D42055181038F36B661B01848EF6CF8A28EAA23<br>File Hash: 045317AD4FD00A7A5645605910781548B559AB18C5861778A3DB0EEC94207C3F | 04-19-2023 02:34:59 | Blacked Raw | 12-05-2022 | 01-10-2023 | PA0002389624 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 84 | Info Hash: 60BCCBB0AC4CBFF8FF0BA4FCBD32E5FA3BAADD16<br>File Hash: 345121A9C591335279FF008033711FDFF7C4866946F7AD249AF1061E591BE2E7 | 04-08-2023 04:22:54 | Vixen | 03-24-2023 | 04-10-2023 | PA0002405937 |
| 85 | Info Hash: 9B9BE0BD6B2C4DD84BD646AF5D801292AFB09DDF<br>File Hash: F3F49B23D7C25F3DDD5E2E47714E4A1058B09ED21D9601A802D09BCE6E126104 | 04-07-2023 03:54:03 | Blacked Raw | 09-24-2019 | 10-07-2019 | PA0002205464 |
| 86 | Info Hash: 34AAAF2C90CC0ADE6FD9CC36319965D2A1251820<br>File Hash: 85235CC4068718E1A88E1BB1BF080A494DB47753FA007297830113174D917061 | 04-07-2023 03:53:14 | Blacked Raw | 11-25-2019 | 12-09-2019 | PA0002216263 |
| 87 | Info Hash: 025477E817FDAD26E20E85603DCEC00D1BD5DA68<br>File Hash: 211F5C323C06C8C41A64998676FDCC2C3172142328F132032DFA9CC295E47786 | 04-05-2023 21:02:55 | Blacked | 09-02-2018 | 11-01-2018 | PA0002143413 |
| 88 | Info Hash: 8AB9FDD615D0FBC90CCB30F527B01ACF5C3392A9<br>File Hash: 2C455D2C2790A80F7DF0DB958F5EEF9E32ACE7EC7F97467FAE58299545A9B231 | 04-05-2023 21:01:35 | Blacked Raw | 02-28-2023 | 03-05-2023 | PA0002399873 |
| 89 | Info Hash: 7A5B23D006D7D73F6F7E62457F522B3B5EB8E168<br>File Hash: B698E2FB5DA2FE5AEFE625CC3367B0A1053DBED35BE71015D61370F105FE5A99 | 04-05-2023 16:44:25 | Blacked | 10-01-2022 | 10-31-2022 | PA0002377817 |
| 90 | Info Hash: 57C6912A8C0A652DCA85A3C71BF6C3DEAF6ADA9D<br>File Hash: 46DE425154E54C1154880B5A5814B542C2485F3870DC77DAA5A6781AC10D4A8D | 04-05-2023 16:31:27 | Blacked | 01-07-2023 | 01-27-2023 | PA0002393078 |
| 91 | Info Hash: 5E7F93C6563BE169D2D7BCB4E45D4FC544F3852B<br>File Hash: 1B94FF3FCB7A25CF83B9840E3138BC4228DCD601C1855AB9958DABA504A638CF | 04-05-2023 15:45:09 | Blacked Raw | 01-02-2020 | 02-04-2020 | PA0002225581 |
| 92 | Info Hash: F9868546BBF9264CB4609B0C107CBE45ACA74091<br>File Hash: 6BF10EE11AF1973ADB109573502645CC2728A0B4627C4B292E438948214CDE5F | 04-05-2023 12:17:00 | Blacked Raw | 04-13-2020 | 04-22-2020 | PA0002237695 |
| 93 | Info Hash: 9EF1697DACB071381C0A2D332FA66FA85F359C74<br>File Hash: 66F290059B0AF3622E0841D66009807CC8CCA6EE29AF736E370C18BABC4C4885 | 04-05-2023 01:21:48 | Blacked Raw | 07-27-2020 | 08-11-2020 | PA0002252262 |
| 94 | Info Hash: F89AB7DC42AFCB8F2F0AAF6DDDF10122B0DDE56A<br>File Hash: 890F9CA687FEB515368B4FB710CF69630D72B84F9733C030C96FB51B7A7039AF | 04-05-2023 01:21:48 | Blacked | 03-13-2021 | 03-22-2021 | PA0002282509 |
| 95 | Info Hash: 08FD9F6BD6033A347BAD674DA1325B52942D1FA9<br>File Hash: 2B358F56230930AA8094C910F1811E6F226EF3DD29991C70B4F88C2046B2E304 | 04-05-2023 01:21:48 | Blacked Raw | 05-03-2021 | 06-15-2021 | PA0002296918 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 96 | Info Hash: D70316B223A58E7A96123A8EB37CAE5DF0ACDB64<br>File Hash: 2AC3FEC454A28DC979BCAA5A0682B453AF715708C5FDA61F4DD3CF8718391E62 | 04-04-2023 09:30:42 | Blacked | 02-05-2022 | 02-14-2022 | PA0002335503 |
| 97 | Info Hash: 4F3CAA9D7D8185F294DFF09E8276BDEC62D8A41C<br>File Hash: 919E33445946B2E47A9223CBBA2E2666E8F11A358771039219D7B4160EB14A31 | 04-04-2023 09:29:36 | Blacked Raw | 08-31-2020 | 09-05-2020 | PA0002255473 |
| 98 | Info Hash: 90B3B7E92C2FCAB7BC642BDBA8946CBBEE03AE90<br>File Hash: FB9226ED18915EC2763AC638B7167B86633115C74B9AC01896A885AD5C6BAC8E | 04-04-2023 09:29:25 | Blacked Raw | 02-18-2023 | 03-06-2023 | PA0002399995 |
| 99 | Info Hash: 9CD7CFD962DE7804CF2507733B747EEB28B25D1E<br>File Hash: CC3818D230E86A51A6697869E4F66F58703FCE9CA81ECB5782A8A652486993F1 | 04-04-2023 09:27:25 | Blacked Raw | 06-07-2021 | 06-15-2021 | PA0002296926 |
| 100 | Info Hash: B664491ECF005F0F196B8A1FBF69B2DF31F03B4A<br>File Hash: 16DD10031D63C17B5F0170F4F4FACF6AE53C50E1CA671EF54563CE31CD79D211 | 04-03-2023 21:14:49 | Vixen | 10-07-2022 | 11-24-2022 | PA0002389323 |
| 101 | Info Hash: 7FF31BAE159F522447D023CD6FC27CA0C3E4EE35<br>File Hash: 3C4C82D316C5F8DC31AC46F754A6847B902597E7145CDCB0F990567B216A07BB | 04-02-2023 22:48:21 | Blacked | 05-29-2021 | 07-08-2021 | PA0002300658 |
| 102 | Info Hash: 3777B1D1DEAB912371BAB2EB00A80A71AE9DF046<br>File Hash: 8416F84733F25D958C071C250C42F9CF58200F63B370350D2B9DFE463E91C4E8 | 04-02-2023 19:30:09 | Blacked | 04-03-2021 | 04-14-2021 | PA0002286725 |
| 103 | Info Hash: 11317BD69D7E2FE51E3BDDC1C53B65643242CB9C<br>File Hash: F63C87FC2DE9AF3AE5B0803EA75F2ECD3EE51ACC21B0A12F11F155DB8E891C77 | 04-02-2023 19:25:35 | Blacked Raw | 09-28-2020 | 10-22-2020 | PA0002261800 |
| 104 | Info Hash: F88C73EDBD5369156CF6618EDE7CCEE2E9362A4A<br>File Hash: 7C6FB1FA98748FBF3EB6975B30203629C5F9DB3D0240D67EBB7A2F68EE1814E4 | 04-02-2023 19:16:30 | Blacked | 11-05-2022 | 12-11-2022 | PA0002384720 |
| 105 | Info Hash: 18F37A18FE1AC5E6CEFE5CA0F702EDAF5E3130C4<br>File Hash: 3B4B2AF11D93CA07CD38FD8D08E0C77EBA6208A33E4B5A5D8973EA94748DF061 | 04-02-2023 19:15:10 | Blacked Raw | 08-08-2022 | 08-30-2022 | PA0002367749 |
| 106 | Info Hash: 0A943EE511B271EB4FECB0C68C646E26A824EBBA<br>File Hash: 5AF9E686D4F55210F2A0BA1CD985260CED2AB6321C7245F1E0030DEC8CFC2EED | 04-02-2023 19:14:11 | Blacked Raw | 09-26-2022 | 10-31-2022 | PA0002377828 |
| 107 | Info Hash: DFC677B3BCF37A7E55404E3E5731941D2359FFB0<br>File Hash: 5F25B590AD4112FF595A46ACD69C7C25FA4627AEE952A25AB8DFE68590703A31 | 04-02-2023 19:14:10 | Blacked | 10-15-2022 | 11-01-2022 | PA0002378073 |